In the Matter of the Application of JAMES M. SEAMAN, Respondent, for an Order Directing H. LUTHER WEEKS, as Town Clerk of the Town of Hempstead, Appellant, to File a Certificate of Nomination.

*Matter of Seaman,* 82 App. Div. 643, appeal dismissed.
(Argued June 1, 1903; decided June 16, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 21, 1903, which affirmed an order of Special Term

directing the town clerk of the town of Hempstead to receive and file a certificate of nomination for town officers.

*Henry A. Monfort* and *Fred Ingraham* for appellant.

*Augustus Van Wyck* and *George Wallace* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.